**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| E. SCOTT FRISON JR., | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | :   Civil Action No. 02-0080 (JR) |
| | : |
| DIRECTOR, DEPARTMENT OF | : |
| EMPLOYMENT SERVICES *et al.*, | : |
| | : |
|     Defendants. | : |

### ORDER

For the reasons stated in the accompanying memorandum, defendants' motion to dismiss the amended complaint [#15] is **granted.**


                                            JAMES ROBERTSON
                                 United States District Judge